UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00413-FDW[1]

| KARIMAH ABDUS-SALAAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PRESBYTERIAN HOSPITAL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs," filed August 30, 2011 (Doc. No. 2.) Previously, the Court dismissed that motion without prejudice to give Plaintiff an opportunity to clarify Plaintiff's financial status (Doc. No. 4). When the Court did not receive the required filing fee or a clarifying motion requesting to proceed without prepaying fees or costs, the Court issued an order on Setpember 21, 2011 warning Plaintiff that failure to do so within twenty-one (21) days would result in the dismissal of this action (Doc. No. 6).

The Court still has not received the filing fee or a new motion clarifying Plaintiff's financial status. The twenty-one (21) day deadline imposed in the Court's last order has passed.

**IT IS, THEREFORE ORDERED THAT** the above captioned action be DISMISSED without prejudice.

---

[1] This Order has been signed by the Honorable Graham C. Mullen, Senior United States District Judge, as the Honorable Frank D. Whitney currently is out of the district for an extended period. See 3:11mc67-W, Doc. 1.

Signed: November 8, 2011

*Graham C. Mullen*

Graham C. Mullen
United States District Judge