# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Karimah Abdus-Salaam,

    Plaintiff,

vs.

Presbyterian Hospital,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:11-cv-413

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2011 Order.

Signed: November 8, 2011

Frank G. Johns, Clerk
United States District Court